UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
CLERK

2013 FEB 13  PM 1: 17

U.S. DISTRICT COURT
EASTERN DISTRICT

SAM KNOPFLER, on behalf of himself and all
similarly situated consumers,

                 *Plaintiff,*

   -vs-

NORTHSTAR LOCATION SERVICES, LLC,

                 *Defendant.*

**STIPULATION OF DISMISSAL**

Civil No. 12-cv-3670

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff, Sam Knopfler, and the Defendant, Northstar Location Services, LLC, that the above-captioned action shall be dismissed, with prejudice and without costs, pursuant to Fed. R. Civ. P. 41(a)(2).

**IT IS FURTHER STIPULATED AND AGREED** that the Court retains jurisdiction over the settlement of the action.

Dated: February 13, 2013

    **ADAM J. FISHBEIN, P.C.**

By:   s/ Adam J. Fishbein
     Adam J. Fishbein, Esq.
     Attorneys for Plaintiff
     483 Chestnut St.
     Cedarhurst, NY 11516
     E-mail address: fishbeinadamj@gmail.com

Dated: February 13, 2013

    **HISCOCK & BARCLAY, LLP**

By:   s/ Paul A. Sanders
     Paul A. Sanders, Esq.
     Attorneys for Defendant
     2000 HSBC Plaza
     100 Chestnut Street
     Rochester, New York 14604
     E-mail address: psanders@hblaw.com

The application is ✓ granted.
SO ORDERED   ____ denied.
    s/WFK

William F. Kuntz, II, U.S.D.J.
Dated: *February 13, 2013*
    Brooklyn, New York

6890357.1